**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

WENDELL DWAYNE O'NEAL,

       Plaintiff,

v.

       Case No. 09-14661
       Hon. Gerald E. Rosen
       Mag. Judge Michael Hluchaniuk

CHARLES REMUS, *et al.*,

       Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S COMPLAINT**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     April 12, 2010

PRESENT: Honorable Gerald E. Rosen
                 Chief Judge, United States District Court

This matter having come before the Court on the March 17, 2010 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk recommending that the Court dismiss Plaintiff's Complaint pursuant to 28 U.S.C. § 1915 and Federal Rule of Civil Procedure 12(b)(1) because Plaintiff has failed to state any discernable claim for relief and this Court has no subject matter jurisdiction; and no timely objections having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this matter; and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint should be

dismissed with prejudice, and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's March 17, 2010 Report and Recommendation **[Dkt. # 12]** is hereby ADOPTED by the Court.

IT IS FURTHER ORDERED that, for the reasons stated by the Magistrate Judge, Plaintiff Wendell Dwayne O'Neal's Complaint **[Dkt. # 1]** is DISMISSED WITH PREJUDICE.

    s/Gerald E. Rosen
    Chief Judge, United States District Court

Dated: April 12, 2010

I hereby certify that a copy of the foregoing document was served upon Wendell Dwayne O'Neal, 126 Mills Creek Crossing, Madison, AL 35758 on April 12, 2010, by ordinary mail.

    s/Ruth A.Gunther
    Case Manager
    (313) 234-5137